**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
QIWEI WENG,

                      Petitioner,              25 **CIVIL** 9595 (JHR)

    -against-                          **JUDGMENT**

KENNETH GENALO et al.,

                    Respondents.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated January 25, 2026, the Petition is denied in its

entirety; accordingly, the case is closed.

**DATED:** New York, New York
          January 28, 2026

                             **TAMMI M. HELLWIG**
                           _____
                               **Clerk of Court**

             **BY:**    *Negam Dulal*
                   _____
                             **Deputy Clerk**